# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

## MATTHEW SLUSS
## PLAINTIFF

## v.

## INTERNATIONAL PRISONERS TRANSFER UNIT (IPTU)
## DEFENDENT

RECEIVED
Mail Room

APR 2 4 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

April 20, 2014

Clerk of the Court
United States District Court
333 Constitution Ave NW
Washington DC 20001

Dear Clerk of the Court:

    Please find enclosed a motion for habeas corpus, pursuant to 28 U.S.C. §2241. This is a new action without a case number, and the filing fee is being sent under cover of a differnt letter in my name, via institutional check. You will find enclosed:

    1) Motion for Habeas Corpus
    2) Motion for Appointment of Council
    3) Motion for Discovery

    The defendant in this case is the United States government, Dep't of Justice, International Prisoner Transfers Unit. Their Address is:
    International Prisoners Transfer Unit
    Office of Enforcement Operations, Criminal Division
    United States Department of Justice
    10th & Constitution Ave NW
    John C. Keeny Building, 12th Floor
    Washington, DC 20530-0001

    Thank you kindly for your attention to this matter.

                                    Sincerely,

                                    Matthew Sluss, 52455-037
                                    Federal Correctional Complex
                                    Petersburg - Med - Special Legal Mail
                                    PO Box 1000
                                    Petersburg, VA 23804

RECEIVED
Mail Room

APR 2 4 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

This page intentionally left blank

## Table of Contents

| Chapter | Title | Page |
|---|---|---|
|  | Table of Contents | iv |
|  | Table of Cases | iii |
|  | Extra-Judicial References | ii |
|  | Commonly Used Abreviations | i |
| 1 | Chapter 2241 filing and Introduction | 1 |
| 2 | History | 2 |
| 3 | Argument Summary | 3 |
| 4 | The Transfer of Offenders to and from foreign countries act | 4 |
| 5 | The Preamble of Prisoner Transfer Treaties | 6 |
| 6 | Terms and Conditions of the Canadian Treaty | 8 |
| 7 | Individual rights in Self-Executing treaties | 14 |
| 8 | Terms and Conditions of other Treaties | 18 |
| 9 | Canadas International Transfer of Offenders act | 21 |
| 10 | The Best Interests of the Offender | 23 |
| 11 | Judicial Review not precluded | 25 |
| 12 | Conclusion | 27 |
| 13 | Remedy Sought | 29 |
| appx 1 | Denial Letter from the IPTU | |
| appx 2 | Selected pages from 'International prisoner Transfer' by Michael Abbell | |
| Appx 3 | Letter attempting renunciation of U.S. citizenship | |
| Appx 4 | Letter to the IPTU addressing their error | |
| Appx 5 | Formal request to be considered only Under the bilateral Canadian Treaty, and Letter from Corrections Services Canada. | |

## Table of Cases

United States v. Rauscher   119 U.S. 407, 7 S.Ct 234 (1886)

Jogi v. Voges   480 F.3d 822 C.A.7 (2007)

Webster v. Doe   486 U.S. 592, 108 S.Ct 2047 (1998)

Chan v. Korean Airlines LTD   490 U.S. 592, 109 S.Ct 1676 (1989)

Marquez-Ramos v. Reno   69 F.3d 477 C.A.10 (1995)

Lopez-Ortiz v. Reno   Unpub. No. 94-1460 Lexis 15112 (1995)

Cannon v. Dept. Of Justice   973 F.2d 1190 C.A.5 (1992)

Asakura v. Seattle   265 U.S. 332, 44 S.Ct 515 (1924)

Bagguley v. Bush   953 F.2d 662 C.A. Dc (1991)

Ma v. Reno   208 F.3d 815 C.A.9 (2000)

Union Bank v. Wolas   502 U.S. 151, 112 S.Ct 527 (1991)

United States v. Nai Fook Li   206 F.3d 56 C.A.1 (2000)

Solis-Ramirez v. United States Dep't of Justice   758 F.2d 1426 C.A.11 (1985)

Fogerty v. Fantasy Inc.   510 U.S. 517, 114 S.Ct 1023 (1994)

Jay V. Boyd   351 U.S. 345, 76 S.Ct 919 (1956)

## Extra-Judicial referrences

International Prisoner Transfer by Michael Abbell
   ISBN No 1-57105-217-8
   Transnational Publishers, Inc.   Ardsley, Ny

Mr Michael Abbell is a former director of the Office of International Affairs, Criminal Division, United States Dept. Of Justice.  Mr Abbell has written numerous legal reference books including on topics such as international extradition treaties.  His work is cited in numerous court of appeals cases including:

- United States v. Lui Kin-Hong  110 F.3d 103  C.A.1  (1997)
- Yapp V. Reno  26 F.3d 1562  C.A.11  (1994)
- United States v. struckman  611 F.3d 560  C.A.9  (2009)
- United States v. Anderson  472 F.3d 662  C.A.9  (2006)

In his offical capacity has testified as an attorney for the United States Dept. of Justice atleast on one occasion before the senate Judiciary Committee on October 14th, 1981

Selected pages of Mr Abbell's book, "International prisoner Transfer" have been included with this action as appendix B

## Commonly Used Abreviations

**Cases and Statutes**

"The Act" - Transfers of Offenders to or From Foreign Countries act of 1977. Codified: 18 U.S.C. §§4100 et seq

"APA" - Administrative Procedures Act. Codified: 5 U.S.C. §§700

"FARRA" - Foreign Affairs Reform and Restructuring Act Codified: 8 U.S.C. §1231

"IPTU" - United States Department Of Justice, International Transfers Unit.

"Cannon" - Cannon v. Dep't of Justice 973 F.2d 1190 C.A.5 (1995)

"Webster" - Webster v. Doe 486 U.S. 592, 108 S.Ct 2047 (1998)

**Treaties Referrenced**

"The Canadian Treaty" - Treaty between the United States of America and Canada on the Execution of Penal Sentences of 1977. 30 U.S.T. 6263

"The Mexican Treaty" - Treaty between the United States of America and the United Mexican States on the Execution of Penal sentences of 1976. 28 U.S.T. 7399

"The Panama Treaty" - Treaty between the United States of America and the Republic of Panama on the Execution of Penal sentences of 1978. 32 U.S.T. 1565

"The Convention" - The Council of Europes Convention of the transfer of sentenced persons. T.I.A.S. 10824