Appendix 1



U.S. Department of Justice

Criminal Division
Office of Enforcement Operations
International Prisoner Transfer Unit

*Washington, D.C. 20530*

Chris Hill, Director  MAR 0 5 2014
Institutional Reintegration Operations
Correctional Service of Canada
340 Laurier Avenue West
Ottawa, Ontario K1A 0P9
Canada

      Re:   Matthew David Sluss, Reg. No. 52455-037
             Denial of Request to Transfer to Canada

Dear Mr. Hill:

    After considering all of the appropriate factors in this transfer application, the United States has denied the request to transfer to Canada. The prisoner is currently incarcerated at the Petersburg Medium Federal Correctional Institution, Petersburg, Virginia. The United States denied the transfer application because of the seriousness of the offense, because the applicant has become a domiciliary of the United States, because the prisoner is a poor candidate due to his criminal history and because the prisoner has insufficient contacts with the receiving country.

    There is no administrative appeal from this decision. The prisoner may reapply two years from the date of this letter, at which time, the United States will review the information already available, as well as any new information that the prisoner provides. If the prisoner believes that the circumstances relating to the denial of the transfer application have changed significantly, the prisoner may write to the Department of Justice to seek a reconsideration of the transfer decision earlier than two years from the date of this letter. Unless the prisoner is able to show that the reasons supporting the denial of his transfer application have changed substantially, it is unlikely that the United States will change its decision.

                                          Sincerely,

                                          Paula A. Wolff, Chief
                                          International Prisoner Transfer Unit

    cc:     Hélène Bouchard, Embassy of Canada, Washington, D.C.
            Michael Harris, Federal Bureau of Prisons, Washington, D.C.
            ✓ Matthew David Sluss