Appendix 3

Matthew Sluss, #F10428
Maryland Correctional
Adjustment Center
401 E. Madison Street
Baltimore, MD 21202

Director
United States Citizenship and Immigration Services
2100 Pennsylvania Avenue N.W.
4th Floor
Washington, D.C. 20037

Dear Director:

I am a dual citizen of the United States and Canada. Pursuant to 8 U.S.C. § 1481(a)(6), I hereby renounce my United States Citizenship. I certify that I am expatriating myself voluntarily with the intent to relinquish United States Citizenship. I will retain my Canadian Citizenship and moving forward, wish to solely be a Canadian Citizen.

My information is as follows:

    Matthew David Sluss
    DOB 12/17/1975
    U.S. SS#    -2256

I sign the forgoing willingly and as my free and voluntary act for the purposes herein expressed, and further state that I am eighteen years of age or older, of sound mind, and under no constraint or undue influence, this ___7th___ day of July, 2011.

Thank you very much for your assistance with this matter.

Sincerely,

*Matthew Sluss* (signature)
Matthew Sluss

(notary signature) 7/7/11
exp. 10/2012